WINTERSTEEN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Nettie Wintersteen, as administratrix, against the City of New York. W. A. Sweetzer, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WISTINETZ, Respondent, v. GOLDMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Wolf Wistinetz against Jacob Goldman and another. No opinion. Motion denied, without costs. See, also, 154 App. Div. 829, 139 N. Y. Supp. 402.

W. O. CONST. CO. v. HEITLER. (Supreme Court, Appellate Term, First Department. May 7, 1914.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by the W. O. Construction Company against Samuel Heitler. Judgment for plaintiff, and defendant appeals. Reversed, and judgment directed for defendant. Isidore Lowenbraum, of New York City, for appellant. William H. Chorosh, of New York City, for respondent.

PER CURIAM. The verdict is clearly against the weight of evidence. The evidence establishes the fact that there was but a single oral letting for the period of 14 months in violation of the statute of frauds. The judgment is reversed, with costs, and judgment is directed in favor of defendant, with costs.

WOOD, Appellant, v. KILEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Frank D. Wood against John B. Kiley. No opinion. Judgment affirmed, with costs.

WOODWORTH, Respondent, v. McGUIRE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Mary M. Woodworth against John J. McGuire.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held: (1) That there was not sufficient evidence to justify a finding by the jury that the defendant acknowledged an indebtedness to the plaintiff and promised in writing to pay the same. (2) That under the proof and circumstances of the case the defendant was entitled to have the jury instructed as requested, "That if the jury find that the $25 check was not a payment upon his indebtedness, the plaintiff cannot recover," and that the exception taken to the refusal of the court to so charge presents a reversible error.

In re WOOLSEY AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) In the matter of the application of the city of New York relative to acquiring title to Woolsey Avenue, etc., in the Borough of Queens. Application of Nicholas F. Lenssen.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, P. J., taking no part.

In re WYLIE'S WILL. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) In the matter of the application for the probate of the alleged will of Floyd Wylie, deceased.

PER CURIAM. Order affirmed, with costs. See, also, 145 N. Y. Supp. 133.

LYON, J., not voting.

YOUNG, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by John A. Young against Archibald S. White. N. A. Elsberg, of New York City, for appellant. J. C. Tomlinson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 159 App. Div. 885, 143 N. Y. Supp. 137; 147 N. Y. Supp. 1151.

YOUNG, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by John A. Young against Archibald S. White. N. A. Elsberg, of New York City, for appellant. J. C. Tomlinson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1151.

YUNK, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Anna Yunk against the Crosstown Street Railway Company of Buffalo. No opinion. Order reversed, with costs, and verdict of jury reinstated.

ZARCH, Appellant, v. ZARCH, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Isaac Zarch against Annie Zarch. G. B. Rosenheim, of New York City, for appellant. C. L. Hoffman, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ZEICHNER, Appellant, v. KATZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Isaac Zeichner against Katz and others, copartners, etc. No opinion. Judgment affirmed by default, with costs. See, also, 157 App. Div. 892, 141 N. Y. Supp. 1151.

ZEILIAN, Respondent, v. JAMES BEGGS & CO., Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Edgar Zeilian, as receiver, etc., against James Beggs & Co. L. H. Hall, of New York City, for appellant. W. S. Bennet, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 App. Div. 687, 138 N. Y. Supp. 711.